Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com
*Attorneys for Defendant Remine Inc.*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV and WILLIAM SULLIVAN, <br><br>                                    Plaintiffs, <br><br> v. <br><br> REMINE INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br>                                    Defendants. | (Electronically Filed) <br><br><br><br><br><br><br><br> CIVIL ACTION <br><br><br> Civil Action No. _____ <br><br> State Docket No. MRS-L-000258-24 |

**DECLARATION OF ANGELO A. STIO III, ESQ.**

I, Angelo A. Stio III, Esq. declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendant Remine Inc. ("Remine") in the above-captioned matter.

-2-

3. Attached as **Exhibit 1** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

5. On March 10, 2024, I viewed the website for the State of New Jersey's Employee Phone Directory webpage, Franklin Township Police Department of Franklin Township, New Jersey, which listed Plaintiff William Sullivan as a current employee of the Department of Corrections. A true and correct screenshot of the State of New Jersey's Employee Phone Directory webpage, listing Plaintiff Sullivan as a current employee, is attached as **Exhibit 3**.

6. According to the Delaware Secretary of State website (https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx), Remine is a Delaware Corporation. Remine's principal place of business is located in Vienna, Virginia. *See* https://info.remine.com/careers.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2024

s/ Angelo A. Stio<br>Angelo A. Stio III, Esq.