Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Remine Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV and WILLIAM SULLIVAN, <br><br>Plaintiffs, <br><br>v. <br><br>REMINE INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br>Defendants. | (Electronically Filed) <br><br><br><br><br>CIVIL ACTION <br><br><br><br>Civil Action No. _____ <br><br>State Docket No. MRS-L-000258-24 |

**DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant Remine Inc. hereby states that it is a Delaware corporation with its principal place of business in Virginia.

Pursuant to 28 U.S.C. 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and accurate.

Respectfully submitted,

s/ Angelo A. Stio III
Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Remine Inc.*

Dated: March 15, 2024