Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Remine Inc.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al., | (Electronically Filed) |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 2:24-cv-04182-BRM-CLW |
| REMINE INC., et al., | |
| | **NOTICE OF APPEARANCE** |
| Defendants. | |

The undersigned hereby appears on behalf of Defendant Remine Inc. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Melissa A. Chuderewicz  _____
Melissa A. Chuderewicz
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4118
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Remine Inc.*

Dated:  March 27, 2024