Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 12, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Atlas Data Privacy Corp., et al v. Remine Inc., et al.*
         Civil Action No. 1:24-cv-4182-HB

Dear Judge Bartle:

This firm represents Defendant Remine Inc. ("Defendant") in the above-referenced matter. Defendant seeks to have Tambry L. Bradford, Esq. admitted *pro hac vice*. Enclosed is the supporting declaration of Ms. Bradford setting forth her qualifications, together with my declaration in support of her application and the Proposed Order granting pro hac vice admission.

The parties have consented to this application. We therefore respectfully request the entry of the enclosed proposed order.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ Angelo A. Stio, III
Angelo A. Stio, III

Enclosures
cc:    Ronald I. Raether, Esq.
         Tambry L. Bradford, Esq.
         Rajiv Parikh, Esq.
         Mark Mao, Esq.
         John Yanchunis, Esq.