IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REMINE INC., et al., <br><br> Defendants | CIVIL ACTION NO. 1:24-cv-04182-HB <br><br> **PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM SHAW** <br><br> Judge: Hon. Harvey Bartle III |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of ADAM SHAW, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Shaw's Certification and a proposed order are submitted herewith.

Dated April 15th, 2024            Respectfully submitted,

                                  By:   *s/ Rajiv D. Parikh*
                                        Rajiv D. Parikh
                                        PEM Law LLP
                                        1 Boland Drive, Suite 101
                                        West Orange, NJ 07052
                                        Telephone: 973-577-5500
                                        Email: rparikh@pemlawfirm.com