Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com



**Stephanie L. Jonaitis**
D 609.951.4212
Stephanie.Jonaitis@troutman.com

November 6, 2024

**VIA ECF**

Clerk, United States District Court
For the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
Room 1050
4th & Cooper Streets
Camden, NJ  08101

Re:   **Daniel's Law Cases:**

|  |  |
|---|---|
| **Atlas v. Carco** | **24-04077** |
| **Atlas v. Remine** | **24-04182** |
| **Atlas v. AtData** | **24-04447** |
| **Atlas v. Red Violet** | **24-04113** |
| **Atlas v. Corelogic** | **24-04230** |
| **Atlas v. Enformion** | **24-04110** |
| **Atlas v. Axciom** | **24-04107** |

Dear Sir/Madam:

On September 10, 2024, Defendants in the referenced matters filed a Consolidated Opposition to Plaintiffs' Consolidated Motion for Remand.  Plaintiffs' counsel brought to our attention that Exhibit 1 (Adkisson Dep Excerpts) to the Declaration of Angelo Stio III in the support of Defendants' Consolidated Opposition was missing some confidentiality redactions. Immediately upon discovering the error, the Clerk's office was contacted and Exhibit 1 was placed on temporary hold.  The Document Numbers for Exhibit 1 in the referenced cases are  below.

| Case Name | Civil Action Number | Document No. |
|---|---|---|
| Atlas v. Carco | 24-04077 | 54-1 |
| Atlas v. Remine | 24-04182 | 59-2 |
| Atlas v. AtData | 24-04447 | 52-2 |
| Atlas v. Red Violet | 24-04113 | 59-2 |
| Atlas v. Corelogic | 24-04230 | 60-2 |
| Atlas v. Enformion | 24-04110 | 70-2 |
| Atlas v. Axciom | 24-04107 | 56-2 |

Clerk, United States District Court
November 6, 2024
Page 2



We were instructed by the Clerk's office to file this letter and to file a corrected redacted version of Exhibit 1 and link it to the Consolidation Opposition, which we are doing contemporaneously with filing this letter.

Very truly yours,

/s/ Stephanie L. Jonaitis

Stephanie L. Jonaitis


cc:    All counsel for record (via ECF and email)
       Angelo A. Stio III, Esq.