# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                    Plaintiff,

v.                             Case No.: 1:24−cv−04182−HB

                                       Judge Harvey Bartle (EDPA), III

REMINE INC., et al.

                    Defendant.

Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963−0910

State No: MRS−L−000258−24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                Very truly yours,

                                                CLERK OF COURT
                                                By Deputy Clerk, lm

encl.
cc: All Counsel